## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARKEMA INC., and<br>OZARK-MAHONING COMPANY,<br><br>   Plaintiffs,<br><br>v.<br><br>ARCELORMITTAL USA INC., *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 3:12-cv-01022-DRH-DGW<br>)<br>)<br>)<br>) |

### CORPORATE DISCLOSURE STATEMENT

Defendant Prince Minerals, Inc., for its disclosure of corporate interest pursuant to Federal Rule of Civil Procedure 7.1(a), states as follows:

1. <u>Parent companies of the corporation</u>:

    Prince Mineral Holding Corp.

2. <u>Any publicly held company owning ten percent (10%) or more of the corporation's stock</u>:

    None.

Respectfully submitted,

/s/ Brett K. Gorman_____

Brett K. Gorman
Schmiedeskamp, Robertson, Neu & Mitchell LLP
525 Jersey
P.O. Box 1069
Quincy, IL  62306
Telephone: (217) 223-3030
Fax: (217) 223-1005
E-mail:  bgorman@srnm.com

Attorney for Defendant Prince Minerals, Inc.

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 26th day of December, 2012, a copy of the foregoing document was served on all counsel of record in this matter by means of the Court's CM/ECF electronic filing system.

      /s/ Brett K. Gorman_____