IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARKEMA INC. and OZARK-
MAHONING COMPANY,

        Plaintiffs,

        v.

ARCELORMITTAL USA INC.,        12-cv-01022-DRH-DGW
ROSICLARE LEAD AND
FLUORSPAR MINING COMPANY,
ON MARINE SERVICES COMPANY
LLC, ESTATE OF JACK QUARANT,
AMMIN HOLDINGS, INC., PRINCE
MINERALS, INC.,

        Defendants.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is plaintiffs Arkema Inc. and Ozark-Mahoning Company ("plaintiffs") and defendant Ammin Holdings, Inc. ("Ammin") stipulation of dismissal with prejudice (Doc. 90). Per the stipulation of dismissal, Ammin is hereby dismissed from this action with prejudice, each party to bear his or her own costs.

The Court notes that an entry of default was entered against defendant Rosiclare Lead and Fluorspar Mining Company ("Rosiclare") on December 19, 2012 (Doc. 41). However, as plaintiffs have not moved for default judgment

against Rosiclare, Rosiclare remains a party to this action. Accordingly, this case shall not be closed and judgment shall not be entered at this time.

**IT IS SO ORDERED.**

Signed this 6th day of September, 2013.

Digitally signed by David R. Herndon
Date: 2013.09.06 09:41:34 -05'00'

**Chief Judge
United States District Court**