IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARKEMA INC. and OZARK-MAHONING COMPANY,

    Plaintiffs,

v.

ARCELORMITTAL USA INC., ROSICLARE LEAD AND FLUORSPAR MINING COMPANY, ON MARINE SERVICES COMPANY LLC, ESTATE OF JACK QUARANT, AMMIN HOLDINGS, INC., PRINCE MINERALS, INC.,

    Defendants.

12-cv-01022-DRH-DGW

## ORDER

**HERNDON, Chief Judge:**

Before the Court is plaintiffs Arkema Inc.'s and Ozark-Mahoning Company's ("plaintiffs") stipulation of dismissal with prejudice (Doc. 92). Per the stipulation of dismissal, Rosiclare Lead and Fluorspar Mining Company ("Rosiclare") is hereby dismissed from this action with prejudice, each party to bear its own costs. Accordingly, the Clerk is instructed to close the file and enter judgment.

**IT IS SO ORDERED.**
Signed this 8th day of October, 2013.

Digitally signed by David R. Herndon
Date: 2013.10.08 11:55:21 -05'00'

Chief Judge
United States District Court