UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ARKEMA INC. and
OZARK-MAHONING COMPANY,

    Plaintiffs,

v.

ARCELORMITTAL USA INC., et al,

    Defendants.                       No. 12-cv-1022-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court pursuant to the Stipulation of Dismissal filed on October 7, 2013.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered on June 28, 2013 (Doc. 85), September 6, 2013 (Doc. 91) and October 8, 2013 (Doc. 93), this case is **DISMISSED** with prejudice as to all parties. Each party to bear its own costs.

                                NANCY J. ROSENSTENGEL,
                                CLERK OF COURT

                                BY:    /s/*Sara Jennings*
                                        **Deputy Clerk**

Dated:   October 8, 2013

Digitally signed by David R. Herndon
Date: 2013.10.08 11:58:13 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT